IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PATRICIA BUTLER, | ) | NO.: 17-00765 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON November 27, 2017 at 09:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, U.S. Bankruptcy Judge, 219 S. Dearborn St., Chicago, Illinois 60604, room 680, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on November 17, 2017, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Kinnera  Bhoopal
*/s/Kinnera  Bhoopal*
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. WICC-17-00582

## **NOTICE OF MOTION ADDRESSES**

| | |
|---|---|
| To Trustee:<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | *by Electronic Notice through ECF* |
| To Debtor:<br>Patricia Butler<br>2112 S. 22nd. Ave.<br>Broadview, IL 60155 | *Served via U.S. Mail* |
| To Co-Debtor:<br>Ronald W. Butler<br>2112 S. 22nd. Ave.<br>Broadview, IL 60155 | *Served via U.S. Mail* |
| To Attorney:<br>Robert V Schaller<br>Schaller Law Firm<br>700 Commerce Drive, Suite 500<br>Oak Brook, IL 60523 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. WICC-17-00582

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PATRICIA BUTLER, | ) | NO.: 17-00765 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

# MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 2112 S 22Nd Ave, Broadview, Illinois 60155 be Modified, stating as follows:

1. On January 11, 2017, the above captioned Chapter 13 was filed.

2. On May 22, 2017, the above captioned Chapter 13 was confirmed.

3. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America services the first mortgage lien on the property located at 2112 S 22Nd Ave, Broadview, Illinois 60155.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing

under the laws of the United States of America. Post-petition payments are $1,026.15.

5. The post-petition mortgage payments are due and owing for July 01, 2017. The default to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America is approximately $5,071.02 through October 2017, including attorney's fees and costs of this motion.

6. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America also seeks to modify the stay as to co-debtor Ronald W. Butler pursuant to 11 U.S.C. §1301(a).

7. The plan is in material default.

8. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America continues to be injured each day it remains bound by the Automatic Stay.

9. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America is not adequately protected.

10. The property located at 2112 S 22Nd Ave, Broadview, Illinois 60155 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 2112 S 22Nd Ave, Broadview, Illinois 60155, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:  /s/Kinnera  Bhoopal
Kinnera  Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email:  ILpleadings@mrpllc.com