UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: JACQUELINE P. COX

Hearing Date: November 27, 2017

Bankruptcy Case No.: 17-00765

Adversary No.:

Title of Case: In re Patricia Butler

Brief Statement of Motion: Motion to Modify Stay

Names and Addresses of moving counsel: McCalla Raymer Leibert Pierce LLC

Representing: Seterus Inc

## ORDER

IT IS HEREBY ORDERED that the motion to modify stay is denied due to the default amount having been fully cured.

*signed* Jacqueline P. Cox
J. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99